AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☑ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
JONATHAN K. MOREHOUSE PERSON, VEHICLE, ) Case No. 4:19-SW- 130
AND RESIDENCE LOCATED AT 355 LINCOLN ST, )
UNIT B, FORT EUSTIS, VA 23604 )
)

**SEALED**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the __Eastern__ District of __Virginia__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A2

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B2

**YOU ARE COMMANDED** to execute this warrant on or before __October 18, 2019__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Lawrence R. Leonard, United States Magistrate Judge__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: 10/04/2019 4:35 pm

_____
*Judge's signature*

City and state: Norfolk, Virginia    The Honorable Lawrence R. Leonard, U.S. Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 4:19-SW-130 | Date and time warrant executed: 6 October 2019 at 9:30am | Copy of warrant and inventory left with: Warrant provided to Mr. Morehouse |
|---|---|---|

Inventory made in the presence of: Special Agent Matthew Miller

Inventory of the property taken and name(s) of any person(s) seized:

All Evidence documented on Evidence/Property Custody Document. Copy of the Inventory was left with Mrs. Morehouse on 8 October 2019

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 13 Dec 2019

*Executing officer's signature*

Michael J. Roelofs   Special Agent
*Printed name and title*

# EVIDENCE/PROPERTY CUSTODY DOCUMENT

For use of this form see AR 190-45 and AR 195-5; the proponent agency is US Army Criminal Investigation Command

**MPR/CID SEQUENCE NUMBER:** 00081-2019-CID221
**CRD REPORT/CID ROI NUMBER:** 016361

| | |
|---|---|
| **RECEIVING ACTIVITY** Washington Metro Office (WMO), Major Cybercrime Unit | **LOCATION** U.S. Army CID Quantico, VA 22134 |
| **NAME, GRADE AND TITLE OF PERSON FROM WHOM RECEIVED** ☒ OWNER  Crime Scene  ☐ OTHER | **ADDRESS** |
| **LOCATION FROM WHERE OBTAINED** From Various Locations within 355 Lincoln St, Unit B, Fort Eustis, VA | **REASON OBTAINED** Evidence  **TIME/DATE OBTAINED** From 0945 to 1500 / 6 Oct 19 |

| ITEM NO. | QUANTITY | DESCRIPTION OF ARTICLES (Include model, serial number, condition and unusual marks or scratches) |
|---|---|---|
| 1 | 1 | **Cell Phone**, black, blue in color, plastic, glass and metal type construction. Samsung brand, **IMEI: 358496092226867**. **Model Number: SM-960U**. No serial number (S/N) available on cell phone chassis. Cell Phone contained a SIM Card bearing manufacture number **89148000004397919195**. Upon receipt, Cell Phone was placed into Airplane mode. All components were in used condition. Cell Phone and all components were placed in a clean yellow envelope, sealed with evidence tape, and marked for identification (MFID) across the seal with **0945 / 6 Oct 19 / MJR**. |
| 2 | 1 | **Hard Drive**, silver, black, and white in color, plastic and metal type construction. Western Digital brand, **S/N: WMAP97412733**. **Model Number: WD1600AAJS**. Hard Drive was in used condition. Hard Drive was placed in a clean brown paper bag, sealed with evidence tape, and MFID across the seal with **1010 / 6 Oct 19 / MJR**. |
| 3 | 1 | **SD Card**, red, black, and white in color, plastic type construction. SanDisk brand, **S/N: BH0818611990D**. **Model: Memory Stick Pro Duo**. **Size: 4.0 GB**. SD Card was in used condition. SD Card was placed in a clean yellow envelope, sealed with evidence tape, and MFID across the seal with **1130 / 6 Oct 19 / MJR**. |
| | | ----------(see continuation page.) |

## CHAIN OF CUSTODY

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 1-9 | 6 Oct 19 | SIGNATURE: Crime Scene  NAME: N/A | SIGNATURE: [signed]  NAME: SA Michael J. Roelofs | Evaluation as Evidence |
| 1-9 | 8 Oct 19 | SIGNATURE: [signed]  NAME: SA Michael J. Roelofs | SIGNATURE: [signed]  NAME: SA Davis, Angela | Release to Evidence Custodian SCRCNI |
| 1-3, 5-9 | 15 Oct 19 | SIGNATURE: [signed]  NAME: SA Davis, Angela | SIGNATURE: [signed]  NAME: SA Michael J. Roelofs | Exam |
| 4 | 17 Oct 19 | SIGNATURE: [signed]  NAME: SA Davis, Angela | RB 589837445 US Registered Mail | FWD TO USACIL |
| 1-3, 5-9 | 21 Oct 19 | SIGNATURE: [signed]  NAME: SA Michael J. Roelofs | SIGNATURE: [signed]  NAME: SA Davis, Angela | Release to Evidence Custodian SCRCNI |

DA FORM 4137, 1 Jul 76   Replaces DA FORM 4137, 1 Aug 74 and DA FORM 4137-R, Privacy Act Statement 26 Sep 75 which are Obsolete.  ORIGINAL  1st copy  LOCATION _____  DOCUMENT NUMBER 282-19

**CHAIN OF CUSTODY** *(Continued)*

| ITEM NO. | DATE | RELEASED BY | RECEIVED BY | PURPOSE OF CHANGE OF CUSTODY |
|---|---|---|---|---|
| 5 and 6 Only | 6 Nov 19 | SIGNATURE [signature]<br>NAME, GRADE OR TITLE SA Davis, Angela | SIGNATURE [signature]<br>NAME, GRADE OR TITLE SA Michael J. Roelofs | Exam |
| 5-6 Only | 8 Nov 19 | SIGNATURE [signature]<br>NAME, GRADE OR TITLE SA Michael J. Roelofs | SIGNATURE [signature]<br>NAME, GRADE OR TITLE SA Rodney B. Reif 5529 | Released for Transport to DCFL |
| 5-6 ONLY | 8 NOV 19 | SIGNATURE [signature]<br>NAME, GRADE OR TITLE Rodney B. Reif SA 5529 | SIGNATURE [signature]<br>NAME, GRADE OR TITLE [illegible] Evidence Custodian | TO Temp Storage CA Cond w/C |
| | | SIGNATURE<br>NAME, GRADE OR TITLE | SIGNATURE<br>NAME, GRADE OR TITLE | |
| | | SIGNATURE<br>NAME, GRADE OR TITLE | SIGNATURE<br>NAME, GRADE OR TITLE | |
| | | SIGNATURE<br>NAME, GRADE OR TITLE | SIGNATURE<br>NAME, GRADE OR TITLE | |
| | | SIGNATURE<br>NAME, GRADE OR TITLE | SIGNATURE<br>NAME, GRADE OR TITLE | |
| | | SIGNATURE<br>NAME, GRADE OR TITLE | SIGNATURE<br>NAME, GRADE OR TITLE | |
| | | SIGNATURE<br>NAME, GRADE OR TITLE | SIGNATURE<br>NAME, GRADE OR TITLE | |

**FINAL DISPOSITION ACTION**

RELEASE TO OWNER OR OTHER *(Name/Unit)* ____________________

DESTROY ____________________

OTHER *(Specify)* ____________________

**FINAL DISPOSITION AUTHORITY**

ITEM(S) __________ ON THIS DOCUMENT, PERTAINING TO THE INVESTIGATION INVOLVING (Grade) ____ __________ *(Name)* ________ *(Organization)* (IS)(ARE) NO LONGER REQUIRED AS EVIDENCE AND MAY BE DISPOSED OF AS INDICATED ABOVE. *(If article(s) must be retained, do not sign, but explain in separate correspondence.)*

*(Typed/Printed Name, Grade, Title)* *(Signature)* *(Date)*

**WITNESS TO DESTRUCTION OF EVIDENCE**

THE ARTICLE(S) LISTED AT ITEM NUMBER(S) __________ (WAS) (WERE) DESTROYED BY THE EVIDENCE CUSTODIAN, IN MY PRESENCE, ON THE DATE INDICATED ABOVE.

*(Typed/Printed Name, Organization)* *(Signature)*

00081-2019-CID221-016361

Continuation of Description of Articles collected from various locations within 355 Lincoln St, Unit B, Fort Eustis, VA.

| ITEM # | QTY | DESCRIPTION OF ARTICLES |
|---|---|---|
| 4 | 1 | **Disposable Camera**, black, green, white, and red in color, plastic and glass type construction. Fujifilm brand. **Lot Number: 1C1X2801...**; No S/N available. Disposable camera was in used condition. Disposable camera was placed in a clean brown paper bag, sealed with evidence tape, and MFID across the seal with **1135 / 6 Oct 19 / MJR.** |
| 5 | 1 | **Cell Phone**, black, silver, and grey in color, plastic, metal, and glass type construction. LG brand. No S/N available on the Cell Phone's exterior chassis. No distinguishable model number or identifier on the Cell Phone's exterior chassis. Unknown operating condition. Cell Phone was in used and scratched condition. Cell Phone was placed in a clean brown paper bag, sealed with evidence tape, and MFID across the seal with **1136 / 6 Oct 19 / MJR.** |
| 6 | 1 | **Cell Phone**, black, silver, and white in color, plastic, metal, and glass type construction. Samsung brand, Galaxy S7 Edge. **IMEI: 355300072238095. Model Number: SM-G935V.** Unknown operating condition. Cell Phone was in used, scratched, and cracked condition. Cell Phone contained a SIM Card bearing manufacture number **89148000002532744007.** SIM Card was in used condition. Cell Phone and all components were placed in a clean brown paper bag, sealed with evidence tape, and MFID across the seal with **1146 / 6 Oct 19 / MJR.** |
| 7 | 1 | **External Hard Drive**, black and white in color, plastic and metal type construction. Toshiba brand. **S/N: X4Q2T4JWT3FB. Model Number: v73600-c. Size: 1 TB.** External Hard Drive was in used and scratched condition. External Hard Drive's USB power cable seized with External Hard Drive. Power cable was black, blue, and silver in color, plastic and metal type construction, and in used condition. External Hard Drive and all components placed in a clean brown paper bag, sealed with evidence tape, and MFID across the seal with **1300 / 6 Oct 19 / MJR.** |
| 8 | 1 | **External Hard Drive:** Black and white in color, plastic and metal type construction bearing markings "WD" on the front with **S/N: WMAZA9251233.** Item has scratches throughout and in unknown working condition. External Hard Drive's power cable seized with External Hard Drive. Power cable was black, blue, and silver in color, plastic and metal type construction, and in used condition. Power supply bears **S/N: K0031124150048845.** All components placed in a clean brown paper bag, sealed with evidence tape, and MFID across the seal with **1149 / 6 Oct 19 / MJR.** |
| 9 | 1 | **Desktop Computer**, black and silver in color, plastic, metal, and glass type construction. NZXT brand. **S/N: 01144085203867.** Desktop Computer seized during powered state and subsequently shut down. Desktop Computer appears to contain two (2) Hard Drive's (HDD) and one (1) Solid State Drive (SSD). Desktop Computer in used condition. Desktop Computer MFID on inside of chassis with **1500 / 6 Oct 19 / MJR.**///////////////////// |
| ////////// | ////////// | /////////////////////////////////////////////////Last Item///////////////////////////////////////////////// |